United States Court of Appeals for the Second Circuit

RECEIVED
2023 JUN -6 AM 10: 55
CLERK'S OFFICE
U.S. COURT OF APPEALS

Tyrone Hurt
(Ref: Haines v. Kerner, 1972).
317 Kentucky Ave. S.E.
#2; W.D.C. 20003
(202)390-6251

Appellant

v.

Former, President of the United States, Donald J. Trump,

Appellee,

Civil Action No. 22-CV-4357-(LTS)

Appeal No. 22-1280

Amendment to the Motion for Notice to Appeal in forma pauperis and the Appointment of Counsel, pursuant to Title 28, Section 1915, U.S.C.

Comes Now, Tyrone Hurt, the Appellant and respectfully moves the Honorable, U.S. Ct. of App. for the Second (2nd) Cir., for leave to amend said Motion for Notice to Appeal in forma pauperis and the Appointment of Counsel, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. Whether the Court Order entered on the date of 5/31/22, dismissing the complaint, was an abuse

to its' prosecution, inasmuch, as, said defendants names in the captioned case is a, human rights, violation, and a, U.S. Constitutional, (14th) (5th) violation, amongst other things, so, therefore, see, the "Loose ill-exhibits" enclosed! As, said, defendants - is, a non-frivolous and pertinent, should be urgently, processed to permanent writ, expulsion and expellment from this nation.

<u>Motion to proceed in forma pauperis, pursuant to Title 28, section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the appellant, and respectfully moves the Honorable, U.S. Ct. of App. for the Second (2nd) Cir., for leave to proceed <u>in forma pauperis</u> pursuant to Title 28, section 1915, U.S.C., for the following reasons:

1. The appellant respectfully states, that because of my poverty, that I am unable to pre-pay the said filing fees for the filing of the foregoing documents, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification to Service

I, Tyanne Hunt, the Appellant, and respectfully state that I have upon this 28th day of May, '23, forwarded the foregoing complaint's, amendments, to the U.S. Ct. of App. for the Second (2nd) Cir., to make service upon the Att'y for the Appellee's.

Respectfully Submitted,

S/ Tyanne Hunt
(Appellant, Pro-Se)
(Haines v. Kerner,
(1972)

*United States. He was informed of the judicial decision on the very day that Ono was in the hospital to give birth to their son, Sean.*

*Soon Lennon and Ono moved from their New York apartment on Jane Street to a larger, magnificent residence in the Dakota on Central Park West.*

*Ironically, if Lennon had not won his deportation case, if the government had been successful in sending him out of the country, it is unlikely that Mark David Chapman, his eventual killer, would have followed.*

**FBI Memorandum on Efforts to Deport John Lennon, April 23, 1972**

April 23, 1972

Honorable H.R. Haldeman
Assistant to the President
The White House
Washington, D.C.

John Winston Lennon is a British citizen and former member of the Beatles singing group. . . .

Despite his apparent ineligibility for a United States visa due to a conviction in London in 1968 for possession of dangerous drugs, Lennon obtained a visa and entered the United States in 1971. During February, 1972, a confidential source who has furnished reliable information in the past, advised that Lennon had contributed $75,000 to a newly organized New Left group formed to disrupt the Republican National Convention. The visas of Lennon and his wife, Yoko Ono, expired on February 29, 1972, and since that time Immigration and Naturalization Service (INS) has been attempting to deport them. During the Lennons most recent deportation hearing at New York, New York, on April 18, 1972, their attorney stated that Lennon felt he was being deported due to his outspoken remarks concerning United States policy in Southeast Asia. The attorney requested a delay in order that character witnesses could testify for Lennon, and he then read into the court records that Lennon had been appointed to the President's Council for Drug Abuse (National Commission on Marijuana and Drug Abuse) and to the faculty of New York University, New York, New York.




Tyrone Hurt
317 Kentucky Ave SE Apt 2
Washington, DC 20003

(202) 390-[illegible]

CAPITAL DISTRICT 208
1 JUN 2023 PM 6 L



To: Clerk of the Court
Chief Judge
United States District Court
For the Second (2nd.) Circuit
At: 40 Foley Square
New York, N.Y.,
10007